**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7687**

———————

JAMES LEON SIMPSON,

Petitioner - Appellant,

versus

ATTORNEY GENERAL OF NORTH CAROLINA; RAYMOND
SMITH, Superintendent,

Respondents - Appellees.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem.  James A. Beaty, Jr., District Judge.  (CA-97-129-6)

———————

Submitted:  March 26, 1998          Decided:  April 7, 1998

———————

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

James Leon Simpson, Appellant Pro Se.  Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). To the extent that Appellant raises issues for the first time on appeal, we decline to address the issues. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993). Regarding Appellant's challenges to the in-court identifications of him, his claims of ineffective assistance of counsel, and his challenges to the correction of his sentence, we have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Simpson v. Attorney General of North Carolina, No. CA-97-129-6 (M.D.N.C. Nov. 4, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED